UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MICHAEL PHAN,

    Plaintiff,

v.

                              Case No. 3:24-cv-174-BJD-JBT

PORTFOLIO RECOVERY
ASSOCIATES, LLC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal with Prejudice (Doc. 72; Stipulation) filed on February 20, 2024. In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice.**

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 28th day of February 2024.

- 2 -

*[signature]*

BRIAN J. DAVIS
United States District Judge

cs
Copies to:

Counsel of Record